JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET SONYA ZAZUETA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:21-cv-03483-JWH-PD<br><br>JUDGMENT |

1 | Having approved the parties' joint stipulation to voluntary remand
2 | pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, the
3 | Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that judgment is entered
4 | for Plaintiff.
5 | **IT IS SO ORDERED.**

7 | Date: January 24, 2022

HON. JOHN W. HOLCOMB
United States District Judge

-2-