STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Violet Sonya Zazueta

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VIOLET SONYA ZAZUETA,

                    Plaintiff,    CASE NO.: 2:21-CV-03483-JWH-PD

   -v-

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

### ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Before the Court is a Motion for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Two Thousand Two Hundred Twenty-Three Dollars and Forty-Four Cents ($2,223.44) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Plaintiff's Attorneys Of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Whether the check is made payable to Plaintiff or to Olinsky Law Group, **the check shall be mailed to the following address:**

**Olinsky Law Group**
**250 S Clinton St Ste 210**
**Syracuse NY 13202**

So ordered.

Date: April 15, 2022                    *Patricia Donahue*
                                        _____
                                        Patricia Donahue
                                        United States Magistrate Judge

[Proposed Order proffer: Stuart T. Barasch; copy to Timothy Bolin]

2